# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-1839
_____

TIMOTHY G. MALONE,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Bradford County.
James M. Colaw, Judge.

December 7, 2023


PER CURIAM.

    AFFIRMED.

B.L. THOMAS, ROWE, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Timothy G. Malone, pro se, Appellant.

Ashley Moody, Attorney General, and Amanda Uwaibi, Assistant Attorney General, Tallahassee, for Appellee.